

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| DANOS & CUROLE MARINE CONTRACTORS, | * | |
| L.L.C., AS OWNER OF A FLEET OF VESSELS, | * | NUMBER: 05-3950 |
| FOR EXONERATION FROM OR LIMITATION | * | |
| OF LIABILITY | * | SECTION: B MAG. 2 |
| | * | |
| | * | JUDGE |
| | * | |
| | * | MAGISTRATE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX PARTE MOTION FOR APPROVAL OF
### LETTER OF UNDERTAKING, AND DIRECTING ISSUANCE OF
### NOTICE AND ENJOINING PROSECUTION OF CLAIMS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Danos & Curole Marine Contractors, L.L.C. as owner of the following vessels:

a) The M/V CARRIER, a lugger valued at $2,500.00;

b) The M/V PEARL S, a lugger valued at $2,500.00;

b) The M/V HONOLULU, a lugger valued at $2,500.00;

c) The M/V NO-NOX, a tug valued at $4,000.00;

e) The M/V G.M. BRADY, an inland tug valued at $4,000.00;

f) The M/V AL, a wooden crewboat valued at $1,000.00;

g) The M/V BULLY CAMP, a wooden crewboat valued at $1,000.00;

1

   h) The M/V HANK, a steel-hulled crewboat valued at $2,000.00;

   i) The M/V DINAH, a steel-hulled crewboat valued at $2,000.00;

   j) The M/V CASEY, a steel-hulled crewboat valued at $2,000.00;

   k) The M/V MS. FAYE, a steel-hulled crewboat valued at $2,000.00;

   l) The M/V LOUIS R, a crew boat valued at $2,000.00;

   m) The M/V FLASH, a crew boat valued at $2,000.00; and,

   n) The M/V MIEKE, a crew boat valued at $2,000.00.

and upon suggesting to the Court that a Complaint for exoneration from or limitation of liability pursuant to 46 U.S.C. §181 *et seq.* and Rule F of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, a Letter of Undertaking issued by Danos & Curole Marine Contractors, L.L.C. with approved security, in the amount of $31,500.00 together with interest at the rate of six percent (6%) per annum representing the value of Danos & Curole Marine Contractors, L.L.C.'s interest in the fleet of vessels; a Notice to Claimants; and an Order Restraining the Prosecution of any and all claims against Danos & Curole Marine Contractors, L.L.C., the fleet of vessels, and their underwriters and insurers, except in these proceedings, moves the Court for an order approving the Affidavit of Value, Letter of Undertaking issued by Danos & Curole Marine Contractors, L.L.C. directing notice to all claimants, and restraining all other proceedings against Danos & Curole Marine Contractors,

L.L.C., the fleet of vessels their underwriters and insurers relating to the casualty described in the Complaint.

                      Respectfully submitted,

                      **REICH, MEEKS & TREADAWAY, L.L.C.**

                      _____
                      ROBERT S. REICH (#11163)
                      LAWRENCE R. PLUNKETT, JR. (#19739)
                      Two Lakeway Center, Suite 1000
                      3850 North Causeway Boulevard
                      Metairie, LA  70002
                      Telephone:  (504) 830-3999
                      Facsimile:  (504) 830-3950
                      ***Attorneys for Danos & Curole Marine Contractors, L.L.C.***

*Quality Oil-Field Contractors*

Larose
P.O. Box 1460
Larose, LA 70373
Phone 985-693-3313
Fax 985-693-4698

 

August 12, 2005

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA. 70130

Re:   In the Matter of the Complaint of
      Danos & Curole Marine Contractors, L.L.C.,
      As Owner of a Fleet of Vessels, for Exoneration
      From or Limitation of Liability

Dear Sir/Madam,

Cleveland Collins alleges that he was a seaman employed by Danos & Curole Marine Contractors, L.L.C. from 1959 to 1966 and that he sustained injuries in connection with his employment aboard vessels owned by Danos & Curole Marine Contractors, L.L.C. In order to file an action for exoneration from or limitation of liability, as required by 46 U.S.C 183, *et seq.*, Danos & Curole Marine Contractors, L.L.C. hereby agrees to the following undertaking:

1. In the event a final decree, after all appeals, if any, is entered in favor of any claimant, then Danos & Curole Marine Contractors, L.L.C. agrees to pay and satisfy, subject to the terms and conditions of its policy of insurance up to and not exceeding, the aggregate sum of THIRTY-ONE THOUSAND FIVE HUNDRED AND NO/100 ($31,500.00) DOLLARS, or any lesser amount decreed by the Court or settled between the parties, without final decree being recorded.

2. Upon order of the court, to cause to be filed in said action a bond with approved corporate surety, in the amount of THIRTY-ONE THOUSAND FIVE HUNDRED AND NO/100 ($31,500.00) DOLLARS, with interest at six percent (6%) to satisfy all statutory requirements in said action described above. In the event bond referred to in this paragraph is filed, Danos & Curole Marine Contractors, L.L.C. shall have no further obligation under this Letter of Undertaking.

*Serving companies that find and produce energy.*

3. This letter is given, without prejudice to all rights or defenses which Cleveland Collins, the fleet of vessels owned by Danos & Curole Marine Contractors, L.L.C. between 1959 and 1966, may have, none of which is to be regarded as waived.

Sincerely,

Danos & Curole Marine Contractors, L.L.C.

By: *[signature]*

John W. Mulvihill
Vice President - Finance

Respectfully submitted,

REICH, MEEKS & TREADAWAY, L.L.C.

_____
ROBERT S. REICH (#11163)
LAWRENCE R. PLUNKETT (#19739)
3850 North Causeway Boulevard, Suite 1000
Metairie, Louisiana 70002
Telephone: (504) 830-3999
*Attorneys for Danos & Curole Marine Contractors, L.L.C.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| DANOS & CUROLE MARINE CONTRACTORS, | * | |
| L.L.C., AS OWNER OF A FLEET OF VESSELS, | * | NUMBER: |
| FOR EXONERATION FROM OR LIMITATION | * | |
| OF LIABILITY | * | SECTION: |
| | * | |
| | * | JUDGE |
| | * | |
| | * | MAGISTRATE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF VALUE

STATE OF LOUISIANA

PARISH OF

BEFORE ME, the undersigned authority personally came and appeared:

### TOMMY G. MAYET

who, after first being duly sworn did depose and state:

1) That he is Risk Manager for Danos & Curole Marine Contractors, L.L.C.;

2) That he researched the fleet of vessels owned by Danos & Curole Marine Contractors, L.L.C. between 1959 and 1966 and determined that it owned the following vessels and established the following valuations for those vessels:

    a) The M/V CARRIER, a lugger valued at $2,500.00;

    b) The M/V PEARL S, a lugger valued at $2,500.00;

1

c) The M/V HONOLULU, a lugger valued at $2,500.00;

d) The M/V NO NOX, a tug valued at $4,000.00;

e) The M/V G.M. BRADY, an inland tug valued at $4,000.00;

f) The M/V AL, a wooden crewboat valued at $1,000.00;

g) The M/V BULLY CAMP, a wooden crewboat valued at $1,000.00;

h) The M/V HANK, a steel-hulled crewboat valued at $2,000.00;

i) The M/V DINAH, a steel-hulled crewboat valued at $2,000.00;

j) The M/V CASEY, a steel-hulled crewboat valued at $2,000.00;

k) The M/V MS. FAYE, a steel-hulled crewboat valued at $2,000.00;

l) The M/V LOUIS R, a crew boat valued at $2,000.00;

m) The M/V FLASH, a crew boat valued at $2,000.00; and,

n) The M/V MIEKE, a crew boat valued at $2,000.00.

_____
TOMMY G. MAYET

SWORN TO AND SUBSCRIBED

BEFORE ME THIS __15__ DAY

OF AUGUST, 2005.

_____
NOTARY PUBLIC

__ROBERT S REICH__
(Printed Name)

__11163__
(Bar Roll Number)