FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 30 P 3:43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| DANOS & CUROLE MARINE CONTRACTORS, | * | |
| L.L.C., AS OWNER OF A FLEET OF VESSELS, | * | NUMBER: 05:3950 |
| FOR EXONERATION FROM OR LIMITATION | * | |
| OF LIABILITY | * | SECTION: B |
| | * | JUDGE LEMELLE |
| | * | |
| | * | MAGISTRATE 2 |
| *   *   *   *   *   *   *   *   * | | JUDGE WILKINSON |

## JOINT MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

On motion of Danos & Curole Marine Contractors, Inc. [D&C], appearing through undersigned counsel, who moves this Honorable Court for dismissal of the Complaint of D&C, without prejudice.

Respectfully submitted,

REICH, MEEKS & TREADAWAY, L.L.C.

ROBERT S. REICH (#11163)
LAWRENCE R. PLUNKETT, JR. (#19739)
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, LA 70002
Telephone: (504) 830-3999
*Attorneys for Danos & Curole Marine*

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____