U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -1 AM 7: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| DANOS & CUROLE MARINE CONTRACTORS, | * | |
| L.L.C., AS OWNER OF A FLEET OF VESSELS, | * | NUMBER: 05:3950 |
| FOR EXONERATION FROM OR LIMITATION | * | |
| OF LIABILITY | * | SECTION: B |
| | * | JUDGE LEMELLE |
| | * | |
| | * | MAGISTRATE 2 |
| * * * * * * * * * | * | JUDGE WILKINSON |

## ORDER

Considering the foregoing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims and demands of Danos & Curole Marine Contractors, Inc., be and they are hereby **DISMISSED WITH PREJUDICE**.

NEW ORLEANS, LOUISIANA this 31st day of _____, 2005.

_____
Judge Lemelle

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.